**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

2017 MAR -8 AM 10: 14

Case No.: 8:17-cv-560-T-17-TGW

KIMBERLY SCHENKEL and
CHRISTOPHER SCHENKEL,
Plaintiff(s),

v.

DITECH FINANCIAL LLC, SUCCESSOR
BY MERGER OR ACQUISITION TO
GREEN TREE SERVICING LLC
Defendant.
_________________________________/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs KIMBERLY SCHENKEL and CHRISTOPHER SCHENKEL, sue Defendant DITECH FINANCIAL LLC, and states:

## PARTIES, JURISDICTION, AND VENUE

1. Each Plaintiff, KIMBERLY SCHENKEL and CHRISTOPHER SCHENKEL, (collectively, "Schenkel") is a natural person over the age of 18.
2. Defendant DITECH FINANCIAL LLC ("Ditech") is a company registered to do business in Florida. According to the Ditech website, "Green Tree Servicing and Ditech Mortgage Corp combined to form "Ditech Financial LLC," in August of 2015. For purposes of this complaint, "Ditech" shall refer both to Ditech Financial LLC and its predecessor, Green Tree



TPA042210

5. Those calls, upon information and belief, were made using an automated telephone dialing system ("ATDS"), because Ditech used the Genesys CTI system, the Aspect Dialer system, or both, to place calls such as the ones made to Schenkel. Previous suits against Ditech have held both of these systems qualify as an ATDS.
6. The calls described in the preceding paragraph took place within the four years preceding the filing of this action ("TCPA Limitations Period").
7. In addition, several phone calls took place in the two years preceding the TCPA Limitations Period. Any limitations bar for these calls has been waived or tolled under operative law.
8. Schenkel has retained the services of undersigned counsel and is obligated to pay a reasonable attorneys' fee for those services.
9. As a result of Ditech's actions, Schenkel seeks actual, consequential, and other applicable damages, along with costs of litigation and attorney's fees to the extent authorized existing law; along with such other relief as this Court deems fit.

WHEREFORE, Plaintiff prays for actual, consequential, and other applicable damages, along with costs of litigation and attorney's fees to the extent authorized existing law; along with such other relief as this Court deems fit.

**COUNT II**
**FDCPA**

10. Plaintiff incorporates the preceding paragraphs 1–4 as if fully set forth herein.

11. Ditech is a "debt collector" as that term is defined in 15 U.S.C. §1692a(6), because Ditech uses an instrumentality of interstate commerce (including, without limit, telephone and email communications) and letters deposited in U.S. mail, to demand payment for a consumer debt incurred for household purposes, namely, debt incurred for the purchase of the Schenkel home, which debts were allegedly due to a third party that has engages Ditech as its agent to collect that debt. In particular, Ditech is a mortgage loan servicer, which acquired servicing rights of this loan after the loan allegedly went into default.

12. By calling the Schenkels' cell phones hundreds of times without permission, while attempting to collect a debt, Ditech has violated the FDCPA, 15 USC § 1692d (5), which prohibits "Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number."

13. Some of these calls took place when Ditech knew that the Schenkels had retained counsel with respect to the debt, in violation of the FDCPA, 15 USC § 1692c (a) (2).

14. These calls took place during the one-year period preceding the filing of this complaint ("FDCPA Limitations Period")
15. In addition, some of these phone calls took place in the five years preceding the FDCPA Limitations Period. Any limitations bar for these calls has been waived or tolled under operative law.
16. Schenkel has retained the services of undersigned counsel and is obligated to pay a reasonable attorneys' fee for those services.
17. Because of the actions of Ditech, Schenkel seeks actual, consequential, and other applicable damages, along with costs of litigation and attorney's fees to the extent authorized existing law; along with such other relief as this Court deems fit.

WHEREFORE, Plaintiff prays for actual, consequential, and other applicable damages, along with costs of litigation and attorney's fees to the extent authorized existing law; along with such other relief as this Court deems fit.

**COUNT III**
**FLORIDA'S CONSUMER COLLECTION PRACTICES ACT, SECTION 559.72 ET SEQ.**

18. Plaintiff incorporates the preceding paragraphs 1–4 as if fully set forth herein.
19. This is an action under Florida's Consumer Collection Practices Act, §§ 559.55 – 559.77, Fla. Stat. ("FCCPA").
20. Ditech is regularly engaged in the business of collecting household debts, namely, loans made for purposes of purchasing personal homes, due or

allegedly due to others who purport to own the loan. Ditech is therefore "a person collecting consumer debts," as defined for purposes of applying the FCCPA.

21. Ditech violated the FCCPA when it called the Schenkels' cell phones hundreds of times, without permission, to collect the debt, in violation of § 559.72 (7), Fla. Stat.
22. Some of these calls took place when Ditech knew that the Schenkels had retained counsel with respect to the debt, in violation of the FCCPA, § 559.72 (18), Fla. Stat.
23. Ditech's violations of the FCCPA as outlined above have occurred within the two years prior to the filing of this complaint ("FCCPA Limitations Period.")
24. In addition, some of these phone calls took place in the four years preceding the FCCPA Limitations Period. Any limitations bar for these calls has been waived or tolled under operative law.
25. Because of the action of actions of Ditech, Schenkel seeks actual, consequential, and other applicable damages, along with costs of litigation and attorney's fees to the extent authorized existing law; along with such other relief as this Court deems fit.

WHEREFORE, Plaintiff prays for actual, consequential, and other applicable damages, along with costs of litigation and attorney's fees to the extent authorized existing law; along with such other relief as this Court deems fit.

**JURY TRIAL DEMAND**

Plaintiff demands trial by jury on all claims so triable.

Respectfully submitted,
RICARDO & WASYLIK, PL

By: *Michael Alex Wasylik*
Michael Alex Wasylik
PO Box 2245
Dade City, FL 33526
Tel. (352) 567-3173
Fax. (352) 567-3193
Email:
info@ricardolaw.com
paralegal@ricardolaw.com
COUNSEL FOR PLAINTIFFS