# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.   8:17-cv-00560-WFJ-TGW

KIMBERLY SCHENKEL and
CHRISTOPHER SCHENKEL,
    Plaintiff,

v.

DITECH FINANCIAL LLC, SUCCESSOR
BY MERGER OR ACQUISITION TO
GREEN TREE SERVICING LLC
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, KIMBERLY SCHENKEL and CHRISTOPHER SCHENKEL, by and through undersigned counsel, respectfully requests that all claims in the above entitled case be dismissed with prejudice due to pending bankruptcy case by Ditech Financial, LLC under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York Case number 19-10412 (JLG).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 19, 2020, I served a true and correct copy of the foregoing upon the following by using the CM/ECF system, which will serve a copy of the foregoing via transmission of a Notice of Electronic Filing generated by CM/ECF to:

Michael T. Ruff, Esq.
Fla. Bar No. 688541
6267 Old Water Oak Rd. Suite 203
Tallahassee FL 32312
Tel. 850-422-2520
Email: attorney@padgettlaw.net
COUNSEL FOR DEFENDANT

Respectfully submitted,
RICARDO & WASYLIK PL

*/s/ Michael Alex Wasylik*
Michael Alex Wasylik, Esq.
Fla. Bar No. 067504
P.O. Box 2245
Dade City, Florida 33526
Tel. 352-567-3173
Fax 352-567-3193
Email: service@ricardolaw.com
COUNSEL FOR PLAINTIFFS